NATURAL RESOURCES DEFENSE COUNCIL; California Trout; San Francisco Baykeeper; Friends of the River; the Bay Institute, all non-profit organizations, Plaintiffs–Appellants,

and

Metropolitan Water District of Southern California, Plaintiff in Related Case,

v.

Kenneth Lee SALAZAR, in his official capacity as Secretary of the Interior; Dan Ashe, in his official capacity as Director of the U.S. Fish and Wildlife Service; Michael L. Connor, in his official capacity as Commissioner of the U.S. Bureau of Reclamation; Anderson–Cottonwood Irrigation District; Pacific Realty Associates, LP; Reclamation District 1004; Beverly F. Andreotti; Banta–Carbona Irrigation District; Patterson Irrigation District; West Side Irrigation District; Byron Bethany Irrigation District; Carter Mutual Water Company; Howald Farms, Inc.; Maxwell Irrigation District; Meridian Farms Water Company; Oji Brothers Farms, Inc.; Henry D. Richter; Sutter Mutual Water Co.; Tisdale Irrigation and Drainage Company; Windswept Land and Livestock Company; City Of Redding; Coelho Family Trust; Eagle Field Water District; Mercy Springs Water District; Oro Loma Water District; Conaway Preservation Group; Del Puerto Water District; West Stanislaus Irrigation District; Fresno Slough Water District; James Irrigation District; Tranquillity Irrigation District;

Christo D. Bardis; Abdul Rauf; Tahmina Rauf; Sacramento River Ranch, LLC; Fred Tenhunfeld; Family Farm Alliance, Defendants–Appellees,

San Luis & Delta–Mendota Water Authority; Westlands Water District; California Farm Bureau Federation; State Water Contractors; California Department of Water Resources; Glenn–Colusa Irrigation District; Natomas Central Mutual Water Company; Pelger Mutual Water Company; Pleasant Grove–Verona Mutual Water Company; Reclamation District 108; River Garden Farms Company; Princeton–Codora–Glenn Irrigation District; Provident Irrigation District; Kern County Water Agency, Defendant–Intervenors–Appellees.

No. 09–17661.

United States Court of Appeals, Ninth Circuit.

March 5, 2013.

Hamilton Candee, Rachel Justine Zwillinger, Barbara Jane Chisholm, Altshuler Berzon LLP, Douglas Andrew Obegi, Katherine S. Poole, Senior, Natural Resources Defense Council, Trent Orr, Earthjustice, San Francisco, CA, Michael R. Sherwood, Earthjustice, Oakland, CA, for Plaintiffs–Appellants.

James Maysonett, Trial, Robert Harris Oakley, Jean Eva Williams, Deputy Assistant Attorney General, U.S. Department of Justice, Washington, DC, Andrew Morrow Hitchings, Esquire, Somach Simmons & Dunn, Steven Paul Saxton, Esquire, Downey Brand, LLP, Sacramento, CA, Jeffrey Albert Meith, Maya Ferry Stafford, Esquire, David James Steffenson, Minasian, Meith, Soares, Sexton & Cooper, LLP, Oroville, CA, for Defendants–Appellees.

Judges BERZON and IKUTA did not participate in the deliberations or vote in this case.

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.